1

2

The Honorable Brian A. Tsuchida

3

4

5

6

7

UNITED STATES DISTRICT COURT FOR THE

8

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

| | |
|---|---|
| 10   UNITED STATES OF AMERICA, | CASE NO. MJ 16-33 |
| 11            Plaintiff, | COMPLAINT for VIOLATION |
| 12            v. | |
| 13   ROBERT ANDRE FRAZIER, | 18 U.S.C. § 922(g)(1) |
| 14            Defendant. | |

15

16     BEFORE Brian A. Tsuchida, United States Magistrate Judge, U.S. District

17   Courthouse, Seattle, Washington.

18     The undersigned complainant being duly sworn states:

19                          **<u>COUNT 1</u>**

20                 **Felon in Possession of a Firearm**

21     On or about November 17, 2015, at Seattle, within the Western District of

22   Washington, ROBERT ANDRE FRAZIER, after having been convicted of a crime

23   punishable by imprisonment for a term exceeding one year, to wit:  Murder in the First

24   Degree, Kitsap County Superior Court cause number 81-1-00394-8, on or about

25   November 23, 1981, did knowingly possess, in and affecting interstate and foreign

26   commerce, a firearm, to wit:  an Amadeo Rossi SA, model 88, .38 special caliber

27   revolver, bearing serial number W266688, that had been shipped and transported in

28   interstate and/or foreign commerce.

*United States v. Frazier*
Complaint - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    All in violation of Title 18, United States Code, Section 922(g)(1).

2

3    The undersigned complainant, Catherine Cole, being first duly sworn on oath,

4    deposes and says:

5                    **Affiant Background and Qualifications**

6    1.    I am a Special Agent (SA) for the Bureau of Alcohol, Tobacco, Firearms

7    and Explosives (ATF), and have been so employed since December 29, 2013.  I am

8    currently assigned to the Seattle Group IV Field Office (Intelligence) where I am further

9    assigned to the Puget Sound Regional Crime Gun Task Force (CGTF).  I am a graduate

10   of the Federal Law Enforcement Training Center, Criminal Investigator Training

11   Program, and the ATF National Academy, both in Glynco, Georgia.  During this training,

12   I received instruction relating to the investigation of firearm and explosives violations.

13   Prior to this employment, I obtained bachelors' degrees in French and Political Science

14   with a concentration on international relations from Tulane University in New Orleans,

15   Louisiana, and a master's degree in Natural Resources Law Studies from the University

16   of Denver College of Law in Denver, Colorado.  During my career I have had training

17   and experience investigating violent crimes against persons and crimes against the

18   government.  I have been involved in numerous investigations involving the unlawful

19   purchase and/or unlawful possession of firearms and explosives.  I have participated in or

20   executed search and seizure warrants with respect to the illegal possession of firearms

21   and explosives.

22   2.    The statements contained in this affidavit are based on my own

23   investigation, my training and experience as a law enforcement agent, as well as

24   information provided to me by and/or through other law enforcement agents,

25   investigators, and individuals with knowledge of this matter, during the course of my

26   investigation, and through my review of documents.  This affidavit summarizes such

27   information but does not provide each and every detail known by your affiant regarding

28

*United States v. Frazier*
Complaint - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   this investigation; rather it provides information necessary to establish probable cause for

2   the arrest of ROBERT ANDRE FRAZIER.

3                                    **Purpose of Affidavit**

4          3.        This affidavit is made in support of a Complaint against ROBERT ANDRE

5   FRAZIER for the offense of Felon in Possession of a Firearm in violation of Title 18,

6   United States Code, Section 922(g)(1), and I am presenting this affidavit electronically

7   pursuant to Local Criminal Rule 41(d)(3).

8                             **Investigation and Probable Cause**

9          4.        On November 6, 2015, a confidential source (CS) contacted Washington

10  State Department of Corrections (DOC) Community Correction Specialist (CCS) and

11  ATF CGTF Task Force Officer (TFO) Kristoffer Rongen and informed him that

12  ROBERT ANDRE FRAZIER, an individual currently on DOC supervision for a felony

13  conviction of Murder in the First Degree, was in possession of a firearm and living in a

14  motel room in South Seattle.  As a condition of his DOC supervision, ROBERT ANDRE

15  FRAZIER is prohibited from possessing firearms and from residing anywhere but at a

16  location screened and approved by the DOC.  The motel at which ROBERT ANDRE

17  FRAZIER was residing was not a DOC pre-approved residence.

18         5.        On November 15, 2015, TFO Rongen spoke with the CS who stated that

19  ROBERT ANDRE FRAZIER was staying at the Star Motel located at 5216 Fourth

20  Avenue South, Room #2, Seattle, Washington.  The CS further informed TFO Rongen

21  that he/she saw a gun lying on the bed inside the motel room.  The CS described the

22  firearm as having a black rubber grip.  He/she further stated that it appeared the firearm

23  was a chrome-colored revolver and was kept in a black holster.

24         6.        On November 16, 2015, TFO Rongen and DOC CCS/ATF CGTF TFO

25  John Conaty conducted surveillance on the Star Motel, focusing their attention on Room

26  #2.  At approximately 11:00 a.m., TFO Rongen observed ROBERT ANDRE FRAZIER

27  exit the room.  ROBERT ANDRE FRAZIER proceeded to load items into a black Honda

28  CRV with a replacement silver hatchback door and paper temporary license plates in the

*United States v. Frazier*
Complaint - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   rear window.  A white female, later identified as Adriana M. Izquierra, assisted ROBERT

2   ANDRE FRAZIER with loading several bags into the vehicle before they departed from

3   the motel.  Izquierra was driving and ROBERT ANDRE FRAZIER was the front-seat

4   passenger in the black Honda.  Izquierra drove the Honda to a local DOC office.

5   ROBERT ANDRE FRAZIER then went into the DOC office where he reported to his

6   supervising DOC officer.  TFOs Rongen and Conaty later spoke with the DOC officer to

7   whom ROBERT ANDRE FRAZIER had reported, Officer Moen.  According to Officer

8   Moen, ROBERT ANDRE FRAZIER had just told him that he was living at his pre-

9   screened, pre-approved residence of record, 7325 Rainier Avenue South, Apartment 109,

10  Seattle, Washington.  Officer Moen told TFOs Rongen and Conaty that ROBERT

11  ANDRE FRAZIER was not authorized to stay anywhere else, and specifically he did not

12  have permission to stay at the Star Motel.

13          7.      On November 16, 2015, at approximately 5:00 p.m., TFO Rongen returned

14  to the Star Motel and confirmed with motel staff that Izquierra checked into the motel on

15  November 15, 2015, using her own name, but that both she and ROBERT ANDRE

16  FRAZIER had stayed at the motel the previous evening.  Motel staff also confirmed that

17  they had checked out of the motel that day, November 16, 2015.  TFO Rongen obtained a

18  copy of the motel registration reflecting that.

19          8.      On the morning of November 17, 2015, TFO Rongen returned to the Star

20  Motel and spoke with staff who advised him that both ROBERT ANDRE FRAZIER and

21  Izquierra had checked back into Room #2 the previous evening, November 16, 2015,

22  under both of their names.  ROBERT ANDRE FRAZIER and Izquierra presented photo

23  identification at the time of check-in.

24          9.      On November 17, 2015, at approximately 9:30 a.m., TFOs Rongen and

25  Conaty, with the assistance of the Seattle Police Neighborhood Corrections Initiative

26  (NCI) Team—specifically Officer Reyes of the Seattle Police Department (SPD) and

27  DOC Specialist Winfrey—conducted a surveillance operation of Room #2 at the Star

28  Motel.  TFOs Rongen and Conaty were in an unmarked white pick-up truck equipped

*United States v. Frazier*
Complaint - 4

1  with internal police light bars and sirens.  Officer Reyes and Specialist Winfrey were in a

2  fully marked SPD van with overhead police light bars and sirens.

3          10.      On November 17, 2015, at approximately 11:10 a.m., the same black

4  Honda CRV from the previous day was observed arriving and backing into a parking

5  space in front of Room #2 at the Star Motel.  TFO Rongen observed that ROBERT

6  ANDRE FRAZIER was the driver and sole occupant of the Honda.  Officers converged

7  on the parking space in their respective vehicles.  TFO Conaty, wearing a conspicuous

8  tactical vest with clear police markings, got out of the white truck, which had activated its

9  police lights, and gave commands for ROBERT ANDRE FRAZIER to get out of his

10  vehicle and show his hands.  As NCI officers converged on the location, ROBERT

11  ANDRE FRAZIER rammed the SPD van, then got out of his car and tried to escape on

12  foot before being detained and placed into custody.  TFO Rongen immediately read

13  ROBERT ANDRE FRAZIER his constitutional rights per *Miranda*.  ROBERT ANDRE

14  FRAZIER stated he understood his rights.

15          11.      Based on information received regarding ROBERT ANDRE FRAZIER's

16  DOC violations, a DOC search of the vehicle was conducted to uncover any other

17  violations of his DOC supervision.  A chrome-colored revolver was located in a backpack

18  seated on the rear driver's side seat.  The five-round-capacity revolver was loaded with

19  four wadcutter lead rounds in the cylinder.  A check of the National Crime Information

20  Center (NCIC) database revealed the revolver, an Amadeo Rossi SA, model 88, .38

21  special caliber revolver, bearing serial number W266688, was reported stolen to the

22  Seattle Police Department on September 3, 2015.

23          12.      A DOC search of Room #2 at the Star Motel, where ROBERT ANDRE

24  FRAZIER was registered and staying, was then conducted.  Izquierra was found inside.

25  Also inside the motel room, TFO Rongen located two Halloween masks and several

26  oversized zip ties that were in a black bag near the kitchen.  Also recovered in another

27  black bag that was on the floor was an electronic scale that had white residue on it.  A

28  cookie tin containing a baggie of suspected methamphetamine, along with several

*United States v. Frazier*
Complaint - 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | cigarettes and lighters, was located under the bed nearest the bathroom.  TFO Conaty

2 | field tested the suspected methamphetamine, and it returned with a positive result from a

3 | commercially produced field drug test kit.  The methamphetamine had a package weight

4 | of 0.9 grams.

5 |        13.     TFO Rongen advised Izquierra of her *Miranda* warnings.  She

6 | acknowledged she understood her rights and agreed to speak with TFO Rongen.

7 | Izquierra stated she had only known ROBERT ANDRE FRAZIER for a few days and

8 | denied that their relationship was romantic in nature.  Izquierra told TFO Rongen that

9 | ROBERT ANDRE FRAZIER slept in the bed in the motel room and that she slept on a

10 | cushioned chair that was located by the front door of the room.  TFO Rongen inquired

11 | about the Halloween masks that were found in the room, and Izquierra replied that they

12 | belonged to ROBERT ANDRE FRAZIER and that he was going to use the masks to go

13 | after the person who killed his uncle.  TFOs Rongen and Conaty were aware that

14 | ROBERT ANDRE FRAZIER had claimed that his uncle had been murdered in Renton

15 | on November 4, 2015.

16 |        14.     On November 23, 2015, TFO Conaty transferred custody of the recovered

17 | revolver and four rounds of ammunition to me.  On November 30, 2015, I submitted the

18 | revolver to the Seattle Police Department Latent Print Unit for latent print and DNA

19 | analysis.  The latent print analysis was negative.  DNA results are still pending.

20 |        15.     On November 23, 2015, I spoke with ATF SA Heidi Wallace, a certified

21 | Interstate Firearms and Ammunition Nexus Expert, who has been trained in the

22 | recognition of firearms and ammunition and their origin of manufacture, regarding the

23 | Amadeo Rossi SA, model 88, .38 special caliber revolver, bearing serial number

24 | W266688, recovered from the rear of ROBERT ANDRE FRAZIER's Honda.  SA

25 | Wallace determined that this revolver is a firearm as defined by Title 18, United States

26 | Code, Section 921(a)(3).  SA Wallace also determined that the above firearm was

27 | manufactured outside of the state of Washington and therefore had traveled in and

28 | affected interstate commerce.

*United States v. Frazier*
Complaint - 6

1

## Conclusion

2       16.     Based on the foregoing, I respectfully submit that there is probable cause to

3 believe that Robert Andre ROBERT ANDRE FRAZIER committed the offense of *Felon*

4 *in Possession of a Firearm*, in violation of Title 18, United States Code, Section

5 922(g)(1).

6

7 _____

8 CATHERINE COLE, Complainant
Special Agent, ATF

9

10       On this date, the above-named agent provided a sworn statement attesting to the

11 truth of the contents of the foregoing affidavit, and based on the sworn Complaint and

12 Affidavit, the Court hereby finds that there is probable cause to believe the defendant

13 ROBERT ANDRE FRAZIER committed the offense set forth in the Complaint.

14

15       DATED this 28 day of January, 2016.

16

17 _____

18 Brian A. Tsuchida
United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

*United States v. Frazier*
Complaint - 7